AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*
*Jaymie Cabrera, Antonio Bryant,*
*Dontril Livingston, Sandra Valencia,*
*James Dzurenda, Jeremy Bean,*
*Jeremy Hatfield and Joseph Benson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD MCCALLISTER,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01440-GMN-BNW<br><br>**STIPULATION AND ORDER REGARDING DEFENDANT JEREMY HATFIELD** |

    Plaintiff, Donald McCallister, and Defendants, Jaymie Cabrera, Antonio Bryant, Dontril Livingston, Sandra Valencia, James Dzurenda, Jeremy Bean, Jeremy Hatfield and Joseph Benson, (collectively the Parties) by and through respective counsels, hereby submit this Stipulation and Order regarding defendant Jeremy Hatfield.

    Defendants notify the Court that service is accepted on behalf of defendant Jeremy Hatfield. Service is not accepted on behalf of Defendants James Abadilla and Willie Clayton.

///

///

///

///

///

///

The parties are in agreement that the deadline for Defendant Hatfield to file his responsive pleading to the complaint would be set as January 15, 2025. This date is in conjunction with other defendants' date for their responsive pleading. ECF No. 22. The parties submit this stipulation because it is judicially economical to have all Defendants provide a singular answer, rather than separate answers based on the date of service.

**IT IS SO STIPULATED.**

DATED this 19th day of December 2024.

**Spencer Fane LLP.**

/s/ Jessica Lujan
JESSICA LUJAN, (Bar No. 14913)
300 S 4th St, Suite 1600
Las Vegas, NV 89101

*Attorney for Plaintiff*

DATED this 19th day of December 2024

**AARON D. FORD**
Attorney General

/s/ *Nathan Claus*
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED**

**DATED:** 9:28 am, December 20, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**