AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*
*Jaymie Cabrera, Antonio Bryant,*
*Dontril Livingston, Sandra Valencia,*
*James Dzurenda, Jeremy Bean, Joseph Benson,*
*Jeremy Hatfield, Kenneth Williams, and*
*Terry Royal*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD MCCALLISTER,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants. | Case No.  2:24-cv-01440-GMN-BNW<br><br>**JOINT REQUEST FOR SETTLEMENT CONFERENCE AND STAY OF DISCOVERY** |

    Plaintiff, Donald McCallister, and Defendants, Jaymie Cabrera, Antonio Bryant, Dontril Livingston, Sandra Valencia, James Dzurenda, Jeremy Bean, Joseph Benson, Jeremy Hatfield, Kenneth Williams, and Terry Royal, by and through their respective counsel, hereby submit this joint request for referral to a settlement conference pursuant to Local Rule 16-5 and a stay of the case pending the result of the settlement conference. The parties are open to making any time and date work. The parties also would request that the conference be conducted via Zoom Videoconference or similar remote process.

    Plaintiff has disclosed their expert to Defendants on August 13, 2025. Defendants have their expert, but he will be disclosing his report by September 12, 2025 (the current deadline for expert disclosures). The parties are seeking a stay of the remaining discovery deadlines because the parties believe that a settlement conference could be fruitful and

providing a stay would help the parties conserve resources. If the case does not settle at the conference, the parties will submit a status report for the remaining discovery seven days after the conference.

Defendants request that if this Court approves and orders a settlement conference that this Court exercises its discretion and excuse the attendance of the individually named Defendants from the conference. Defendants will ensure that the settlement conference is attended by individuals on behalf of Defendants who have settlement authority. Further, Defendants believe that excusing the individual Defendants from attendance would yield more efficient and fruitful settlement discussions. McCallister does not oppose such a request.

DATED this 25th day of August 2025.

**Spencer Fane LLP**

/s/ Jessica Lujan
Jessica Lujan, NBN 14913
300 S 4th St, Suite 1600
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 25th day of August 2025.

**AARON D. FORD**
Attorney General

/s/ Nathan M. Claus
Nathan M. Claus, NBN 15889
Deputy Attorney General
State of Nevada
Office of the Attorney General

*Attorneys for Defendant*

### ORDER

This Court **GRANTS** the above stipulation. A settlement conference is therefore set for October 1, 2025, at 10:00 A.M. Confidential settlement briefs will be due September 24, 2025, at 4:00 P.M. An order setting the settlement conference is forthcoming. In addition, this Court will excuse attendance by the individual defendants. Consistent with the parties' above request, the remaining discovery deadlines will be stayed pending settlement discussions. If the case does not settle, the parties must submit an amended discovery plan and scheduling order for the remaining discovery seven days after the conference. **IT IS SO ORDERED.**

DATED: September 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 29, 2025, I electronically filed the foregoing **JOINT REQUEST FOR SETTLEMENT CONFERENCE AND STAY OF DISCOVERY** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Jessica M. Lujan, Esq.
Nevada Bar No. 14913
SPENCER FANE LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorney for Plaintiff*

/s/ Nathan Claus
Nathan M. Claus, an employee of the
Office of the Nevada Attorney General