1  AARON D. FORD
     Attorney General
2  NATHAN M. CLAUS (Bar No. 15889)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-7629 (phone)
   (702) 486-3768 (fax)
6  Email: nclaus@ag.nv.gov

7  *Attorneys for Defendants*
   *Jaymie Cabrera, Antonio Bryant,*
8  *Dontril Livingston, Sandra Valencia,*
   *James Dzurenda, Jeremy Bean, Joseph Benson,*
9  *Jeremy Hatfield, Kenneth Williams, and*
   *Terry Royal*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD MCCALLISTER,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>Defendants. | Case No. 2:24-cv-01440-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Donald McCallister, and Defendants, Jaymie Cabrera, Antonio Bryant, Dontril Livingston, Sandra Valencia, James Dzurenda, Jeremy Bean, Joseph Benson, Jeremy Hatfield, Kenneth Williams, and Terry Royal, by and through their respective counsel, under Rule 41(a)(1)(A)(ii), Federal Rules of

///

///

///

///

///

Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

DATED this 13th day of January, 2026.    DATED this 13th day of January, 2026.

**Spencer Fane LLP**                    **AARON D. FORD**
                                        Attorney General


/s/ Jessica Lujan                       /s/ Nathan M. Claus
JESSICA LUJAN, NBN 14913                NATHAN M. CLAUS, NBN 15889
300 S 4th St, Suite 1600                Deputy Attorney General
Las Vegas, NV 89101                     State of Nevada
                                        Office of the Attorney General
*Attorneys for Plaintiff*
                                        *Attorneys for Defendants*


IT IS SO ORDERED.  The Clerk of Court is kindly directed to close the case.

_____
Gloria M. Navarro
United States District Judge

Dated: January 13, 2026